TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LISA A. TILLMAN (Cal. SBN 126424)
Special Assistant United States Attorney
     Program Litigation 1
     Social Security Administration | Law & Policy
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: 410-965-5909
     Lisa.A.Tillman@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK DELGADILLO,<br><br>       Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>       Defendant. | Case No. 8:26-CV-00559-SP<br><br><br>JUDGMENT RE REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G) |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT

[Proposed] Judgment Re Remand                              Page 1

HEREBY ADJUDGES AND DECREES that judgment be entered for Plaintiff.

Dated this 10th day of July, 2026.



United States Magistrate Judge