UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Frank Delgadillo,

Plaintiff,

v.

Frank Bisignano,
Commissioner of Social Security,

Defendant.

Case No.: 8:26-cv-00559-SP

**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))**

Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees to plaintiff in the amount of $7,500.00 and $405.00 in costs under 28 U.S.C. § 1920.

**IT IS SO ORDERED**.

DATED: November 9, 2026

HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE